# Third District Court of Appeal

## State of Florida

Opinion filed September 9, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D14-1501 & 3D14-1138
Lower Tribunal No. 09-69402
_____

**World Financial Group, Inc., et al.,**
Appellants,

vs.

**South Beach Lending, LLC, etc.,**
Appellee.


Appeals from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Shutts & Bowen LLP, and Stephen T. Maher, for appellants.

Weiss Serota Helfman Cole Bierman & Popok, P.L., and Edward G. Guedes and Joseph H. Serota, for appellee.


Before SALTER, LOGUE, and SCALES, JJ.

PER CURIAM.

Appellants, who are defendants impleaded into an action filed by South Beach Lending, LLC, seek review of the denial of their motions to dismiss for lack of personal jurisdiction. Based on the Mortgagee's commendable confession of error, we reverse the order as to Andres Dyer Coriat. We affirm the orders as to all other Appellants. See Daimler AG v. Bauman, 134 S. Ct. 746 (2014); Perkins v. Benguet Consol. Mining Co., 342 U.S. 437 (1952).